### UNITED STATES of America, Plaintiff–Appellee,

v.

### Eduardo LOPEZ–HERNANDEZ, a.k.a. Rashy, Defendant–Appellant.

No. 09–16389
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 13, 2012.

Richard L. Rosenbaum, District Court Appointed Arnstein & Lehr, LLP, Ft. Lauderdale, FL, for Plaintiff–Appellee.

Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Defendant–Appellant.

---

Before BARKETT, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Alvin E. Entin, appointed counsel for Eduardo Lopez–Hernandez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Lopez–Hernandez's conviction and sentence are **AFFIRMED.**